466 A.2d 712

Commonwealth v. Duncan, Appellant.

Submitted March 23, 1983. Charles A. Duncan, appellant, in propria persona; William A. Behe, Deputy District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., CIRILLO and HOFFMAN, JJ.

Order affirmed.